CHARLES T. WALSH, Respondent, v. GEORGE LE ROY, Appellant.— Judgment for plaintiff in an action for slander unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

CHARLES H. ZENNER, SR., and Another, Respondents, v. YAGER & WAGNER, Appellant, and JAMES STITH, Defendant.— Judgment in an action brought to recover damages for personal injuries and for damages to personal property as the result of a collision between motor trucks reversed on the facts and a new trial granted, costs to appellant to abide the event. The finding of the jury that the collision between the trucks occurred west of the westerly line of Scherer boulevard and while plaintiffs' truck was standing still or nearly so was contrary to the testimony and the physical facts shown in the case. Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ., concur.

In the Matter of the Application of RAFFAEL DI NAPLES for Reinstatement as an Attorney and Counselor at Law.— Motion for reinstatement granted. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ABRAHAM SCHACHNE, an Attorney and Counselor at Law.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

AMELIA SCHACHER, Respondent, v. ROSSOFF COAL CORPORATION, Appellant, and Another, Defendant. EDWARD SCHACHER, Respondent, v. ROSSOFF COAL CORPORATION, Appellant, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

MARY R. BENJAMIN, Appellant, v. JOHN S. BENJAMIN, Respondent.— In an action for divorce, judgment in favor of the defendant, upon the dismissal of plaintiff's complaint, affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty and Tompkins, JJ., concur; Carswell, J., dissents and votes for reversal and a new trial.